**Ferril D. MITCHELL, Appellant,**

v.

**Cheryl S. MITCHELL, Respondent.**

**No. WD 46967.**

Missouri Court of Appeals,
Western District.

Aug. 3, 1993.

Rehearing Denied Sept. 28, 1993.

Jeffrey M. Hensley, Kansas City, for appellant.

A.J. Falcone, N. Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from the trial court's decree of dissolution that awarded child support in conformance with the Form 14 submitted by the respondent.

Affirmed. Rule 84.16(b).